IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT W. CLAYBROOK and | ) | |
| MARJORIE K. CLAYBROOK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:04cv0045-T |
| | ) | (WO) |
| CENTRAL UNITED LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Central United Life Insurance Company's motion for summary judgment (Doc. No. 37) is granted.

(2) Judgment is entered in favor of defendant Central United Life Insurance Company and against plaintiffs Robert W. Claybrook and Marjorie K. Claybrook, with the Claybook plaintiffs taking nothing by their complaint.

It is further ORDERED that costs are taxed against the CLaybook plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of August, 2005.


      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE